DOTHAN NAT. BANK v. JONES.

In re FOY & WILLIAMS.

(Circuit Court of Appeals, Fifth Circuit. November 6, 1918.)

No. 3191.

BANKRUPTCY ⬤⚏467—APPEAL—REVIEW OF FINDINGS.

The finding of fact, on which apparently a referee's rejection of claim against bankrupt's estate, approved by District Court on review, was founded, not clearly being made to appear wrong, is binding on appeal.

Appeal from the District Court of the United States for the Middle District of Alabama; Henry D. Clayton, Judge.

In the matter of Foy & Williams, bankrupts. Claim of the Dothan National Bank, opposed by E. O. Jones, trustee, was rejected by the referee, which action was approved by the trial court, and claimant appeals. Affirmed.

Albert E. Pace, of Dothan, Ala., for appellant.

W. L. Lee, of Columbia, Ala., and Oscar L. Tompkins, of Dothan, Ala., for appellee.

Before WALKER, Circuit Judge, and EVANS, District Judge.

PER CURIAM. The action of the referee, approved on review by the trial court, in rejecting the claim presented by the appellant against the bankrupt estate of Foy & Williams, was fully sustained by one phase of the evidence adduced. To say the least, it is not clearly made to appear by the record that the finding of fact upon which apparently the rejection of the claim was based was wrong. The record does not show the commission of any error calling for a reversal of the decree appealed from.

That decree is affirmed.